UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BRUCE M. SHADWELL,

    Plaintiff,

    v.

SHEKINAH, INC.,

    Defendant.

Case No. 06-cv-4035-JPG

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This matter having come before the Court upon plaintiff's notice of dismissal and the Court having found that plaintiff has voluntarily dismissed this action,

**IT IS ORDERED AND ADJUDGED** that all claims by the Bruce M. Shadwell against defendant Shekinah, Inc., in this case, are **DISMISSED without prejudice**.

**DATE: December 18, 2006**

**NORBERT G. JAWORSKI, CLERK**

_____

**By:s/Deborah Agans, Deputy Clerk**

**APPROVED:** s/ J. Phil Gilbert
              J. PHIL GILBERT
              U.S. District Judge